**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 10-2356**

———————

PATRICK JAMES MCNAMARA,

        Plaintiff - Appellant,

    v.

COMMONWEALTH OF VIRGINIA, Division of Child Support Enforcement,

        Defendant – Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Henry E. Hudson, District Judge.  (3:10-cv-00782-HEH)

———————

Submitted:  May 24, 2011          Decided:  June 7, 2011

———————

Before WILKINSON, GREGORY, and DIAZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Patrick James McNamara, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patrick James McNamara appeals the district court's order dismissing his complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. McNamara v. Commonwealth of Va., No. 3:10-cv-00782-HEH (E.D. Va. Nov. 16, 2010). We deny the motion for default judgment and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED